STATE OF MONTANA EX REL. CHARLES R. BAINTER, RELATOR, v. THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOT THE COUNTY OF PARK, AND THE HONORABLE JACK D. SHANSTROM, JUDGE THEREOF, RESPONDENT.

STATE OF MONTANA EX REL. CHARLES R. BAINTER, RELATOR, v. THE DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF SWEET GRASS, AND THE HONORABLE JACK D. SHANSTROM, JUDGE THEREOF, RESPONDENT.

No. 12890.
Decided Oct. 24, 1974.
527 P.2d 577.

Richard J. Andriolo, Bozeman, of Berg, Angel, Andiolo & Moryan, Bozeman, for relator.

ORDER

PER CURIAM:

This is an application for an appropriate writ to vacate an order of the respondent court dated September 12, 1974, which changed the venue in Cause #3324, now pending in the district court of Sweet Grass County.

Counsel was heard ex parte and the matter taken under advisement.

The Court now having considered the matter further denies the relief sought by the relator and this proceeding is ordered dismissed.